IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMI McJUNKIN, as co-administrator )<br>on behalf of the Estate of Stony McJunkin, )<br>MOLLY McJUNKIN, as co-administrator )<br>on behalf of the Estate of Stony McJunkin, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BOB GIRDNER, in his individual capacity, )<br>JASON RITCHIE, in his official capacity, )<br>BOARD OF COUNTY COMMISSIONERS )<br>OF ADAIR COUNTY, a governmental entity, )<br>)<br>Defendants. ) | Case No. CIV-19-018-RAW |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P. and the order entered contemporaneously, it is the order of the court that judgment be entered in favor of Defendants and against the Plaintiffs.

**SO ORDERED THIS 4th DAY OF May, 2020.**

HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA